**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: ESTATE OF JOHN J. LYNN, DECEASED | : | No. 598 MAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: DONNA LYNN ROBERTS | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.